FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 1 0 2012 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------X

United States of America

V.

Wayne South

Docket Number: 08-CR-681-03

----------------------------------------------X

## ORDER

This Cause having been heard before me on May 7, 2012,

IT IS HEREBY ORDERED that the defendant shall:

1) comply with 90 days electronic monitoring to commence on this date, for which the daily fee is waived until the defendant has secured employment, and 24-hour notification is required for all requests to leave the residence that are not already covered by his permanent schedule;

2) participate in a drug treatment program as directed by the Probation Department, the Probation Department is to pay the cost of transportation while the defendant reapplies and awaits reinstatement of Medicaid;

3) actively seek full-time, verifiable employment.

_____
UNITED STATES DISTRICT JUDGE      DATE

5/8/12